USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2019__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE SANCHEZ, on behalf of ITR,

    Plaintiff,

-against-

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

18 Civ. 280 (AT) (KNF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, United States District Judge:

On October 18, 2017, *pro se* Plaintiff, Stephanie Sanchez, filed this action pursuant to 42 U.S.C. § 405(g) challenging the final decision of Defendant, the Commissioner of Social Security, to deny her minor child, who is identified as "ITR," Supplemental Security Income benefits. ECF No. 1. On January 12, 2018, the case was transferred from the Eastern District of New York to this district. ECF No. 8. On January 18, 2018, the Court referred the matter to the Honorable Kevin Nathaniel Fox. ECF No. 11. On June 15, 2018, Defendant moved for judgment on the pleadings. ECF No. 15. Plaintiff did not file an opposition to the motion.

After careful consideration, on February 15, 2019, Judge Fox issued a Report and Recommendation ("R&R"), proposing that Defendant's motion for judgment on the pleadings be granted. ECF No. 18. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error. Accordingly, the Court ADOPTS Judge Fox's R&R in its entirety and GRANTS Defendant's motion for judgment on the pleadings.

The Clerk of Court is directed to (1) terminate the motion at ECF No. 15; (2) close the case; and (3) mail a copy of this order to *pro se* Plaintiff.

SO ORDERED.

Dated: March 6, 2019
      New York, New York

_____
ANALISA TORRES
United States District Judge